EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 98 |
| Lourdes M. Santiago Rodríguez | 216 DPR ___ |

Número del Caso: TS-17,571

Fecha: 8 de octubre de 2025

Representante legal de la peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Lourdes M. Santiago Rodríguez          TS-17,571

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2025.

Examinada la *Moción de reinstalación al ejercicio de la abogacía* presentada por la Sra. Lourdes M. Santiago Rodríguez, se declara ha lugar la misma. En consecuencia, se readmite a la licenciada Santiago Rodríguez al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Supúlveda Rodríguez
Secretario del Tribunal Supremo